UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATEASE GORDON, on behalf of herself and all others similarly situated, | ) ) ) | CASE NO. 1:21-cv-01956-CEF |
| Plaintiff, | ) ) | JUDGE CHARLES ESQUE FLEMING |
| vs. | ) ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| OHIO SECURITY SYSTEMS, INC. d/b/a OSS INC., | ) ) ) ) | **JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT MOTION FOR APPROVAL OF** |
| Defendant. | ) | **SETTLEMENT** |

Plaintiff and Defendant, by counsel, respectfully move the Court to extend the current deadline to file a Joint Motion for Approval of Settlement by 14 days, from February 17, 2023 until March 3, 2023. (*See* ECF No. 31.) This Motion is not made for purposes of undue delay. Rather, the Parties are still engaged in the drafting process, and are working diligently to finalize the settlement documents. No prior extensions have been requested.

Respectfully submitted,

*/s/ Barry Y. Freeman*
Barry Y. Freeman (0062040)
Danielle C. Young (0100894)
Roetzel & Andress, LPA
1375 E. 9th Street, 10th Floor
Cleveland, OH 44114
Phone: 216-615-4850
Facsimile: 216-623-0134
bfreeman@ralaw.com
dyoung@ralaw.com

Defendant's Attorneys

*/s/ Alanna Klein Fischer*
Alanna Klein Fischer (0090986)
Anthony J. Lazzaro (0077962)
Lori M. Griffin (0085241)
Matthew S. Grimsley (0092942)
The Lazzaro Law Firm, LLC
The Heritage Bldg., Suite 250
34555 Chagrin Boulevard
Moreland Hills, OH 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
alanna@lazzarolawfirm.com
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com

matthew@lazzarolawfirm.com

Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, a copy of the foregoing was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Alanna Klein Fischer*
One of the Attorneys for Plaintiff